In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by Concord Street and Other Streets, and Bounded by Sands Street and Other Streets, for Public Purposes, in the Borough of Brooklyn. ALEXANDER METTLER, Appellant.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by Washington Street and Other Streets, Selected for the Brooklyn High School of Specialty Trades, in the Borough of Brooklyn. ALEXANDER METTLER, Appellant.

Argued November 23, 1953; decided January 15, 1954.

*George Schenker* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Milton H. Harris, Harry E. O'Donnell* and *Benjamin Offner* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD PROSSER, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued October 21, 1953; decided January 15, 1954.